1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KATHERINE B. DOWLING (CABN 220767)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: katherine.dowling@usdoj.gov
8
   Attorneys for the United States of America
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   CR No. 10-0638 WHA
14                                      )
                                        )   STIPULATION AND [PROPOSED]
15         Plaintiff,                   )   ORDER CONTINUING STATUS DATE
                                        )   AND MOTION FOR EARLY
16     v.                               )   TERMINATION OF SUPERVISED
                                        )   RELEASE
17 NORMITA CACHAPERO,                   )
                                        )   Current Hearing Date: February 21, 2012
18         Defendant.                   )
                                        )   Proposed Hearing Date: June 12, 2012
19 _____

20

21     The parties are scheduled to appear before this Court on February 21, 2012 at 2:00 p.m.

22 for two hearings: (1) a status conference set by the Court to assess the Defendant's performance

23 with regard to her community service obligations[1]; and (2) a hearing on Defendant's motion for

24 early termination of supervised release.

25

26 _____
     [1]As part of the Defendant's conditions of supervised release, she was ordered to perform
27 specific community service work. Based on the Declaration of Jeffrey Bornstein (Document 27-
   1) and attachments thereto, it appears that the Defendant has in fact fulfilled those obligations.
28

The parties have telephonically met and conferred on the subject of Defendant's motion for early termination of supervised release. The Defendant was sentenced by this Court on January 18, 2011, to one day of prison followed by three years of supervised release. At this point, the Defendant has only served one year of her three year term of supervised release. Assuming the Defendant remains in compliance with all of the conditions of her supervised release up to and including June 19, 2012, the United States will agree at the continued hearing date to early termination of the Defendant's supervised release on June 19, 2012.[2]

Subject to this Court's confirming Order, the parties stipulate to move the date of both the status conference and the hearing on Defendant's motion for early termination of supervised release from February 21, 2012 to June 12, 2012.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: February 14, 2012         */s/ Katherine B. Dowling*
                                 KATHERINE B. DOWLING
                                 Assistant United States Attorney

DATED: February 14, 2012         */s/ Jeffrey L. Bornstein*
                                 JEFFREY L. BORNSTEIN
                                 Counsel for Defendant Cachapero

---

[2] On June 19, 2012 the Defendant will have satisfied half of her three year term of supervised release.

# ~~PROPOSED~~ ORDER

For the reasons set forth above, the Court finds good cause to continue both the status conference and the hearing on the motion for early termination of supervised release from February 21, 2012 to June 12, 2012.

IT IS SO ORDERED.

Dated: February 14, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE