1  Jeffrey L. Bornstein (State Bar No. 99358)
   jeff.bornstein@klgates.com
2  Claudia A. Quiroz (State Bar No. 254419)
   claudia.quiroz@klgates.com
3  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA 94111
   Telephone: (415) 882-8200
5  Facsimile: (415) 882-8220

6  Attorneys for Defendant
   NORMITA CACHAPERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NORMITA CACHAPERO,<br><br>　　　　　　　　　Defendant. | Case No. CR 10-0638-01 WHA<br><br>**[PROPOSED] ORDER GRANTING NORMITA CACHAPERO'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

FOR GOOD CAUSE SHOWN, the Court finds that Mrs. Cachapero has completed all of the special conditions of supervision and that she has been making extraordinary efforts to rehabilitate herself to include her volunteer work under the auspices of the National Asian American Coalition on behalf of other homeowners who find themselves in the same predicament that she found herself in at the time of this offense. The Court finds further that Mrs. Cachapero has completed at least one year of supervised release and that in accordance with 18 U.S.C. § 3583(e)(1) and 18 U.S.C. § 3553(a) that her previously imposed term of supervised release should be terminated.

IT IS SO ORDERED.

Dated: June 13, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE